GIOVANNI CARRUCCI and FILOMENA CARRUCCI, His Wife, Appellants, v. G. A. R. D'ALESSIO CORP. and Others, Defendants; FRANK MILIO, Respondent.— Action to foreclose a mortgage on real property. Order denying plaintiffs' motion to strike out respondent's answer on the ground it is insufficient in law, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

SALVATORE CONIGLIARO, Respondent, v. GRANVILLE M. MILLS, Defendant, and BROOKLYN BUS CORPORATION, Appellant.— Action to recover for personal injuries sustained by plaintiff, who was in collision with an automobile owned and operated by the defendant Mills, an employee of the appellant. Order of the Appellate Term, affirming a judgment of the City Court, Kings County, in favor of plaintiff, and the judgment of the City Court, reversed on the law and the complaint dismissed, with costs to appellant in all courts. A verdict should have been directed in appellant's favor. The use of the automobile was in furtherance of appellant's business, but without its consent, and at a time when appellant had provided adequate means of transportation for the employee's use, and there was no reason for the failure of the employee to avail himself of those facilities. In these particulars, the case of Johnson v. Great Atlantic & Pacific Tea Co. (245 App. Div. 764) is distinguishable. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

DOWS ESTATES, INCORPORATED, Respondent, v. HELEN HUEFFNER SMITH, Appellant; DUDLEY D. DOERNBERG and Others, Defendants, and PRUDENCE REALIZATION CORPORATION, Respondent.— Action to foreclose a mortgage on real property. Order canceling a stipulation entered into between the attorneys for respondent Dows Estates, Incorporated, the attorneys for the appellant, and the appellant in person, reinstating appellant's answer, and vacating an order of reference and the referee's report, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

JOSEPH G. DUBRASKA, Respondent, v. CHILDS COMPANY and Others, Appellants. — Order denying defendants' motion to dismiss the complaint for lack of prosecution, with leave to renew if plaintiff shall fail to give within ten days a bill of particulars and to proceed to trial during the January, 1941, term of the court, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.